UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DESTINY K. REID,

    Plaintiff,

v.                                           Case No.:   2:23-cv-231-JES-KCD

CUTTING EDGE PIZZA, INC.,

    Defendant.
_____/

## ORDER

Before the Court is Defendant's Unopposed Motion to Compel Arbitration and Stay Judicial Proceedings. (Doc. 6.) The parties agree that this FLSA case should go to arbitration considering that Destiny Reid signed an arbitration agreement (Doc. 6-1), which included the requirement to submit any claims or disputes arising out of, or related to, her employment with Cutting Edge Pizza and her wages to binding arbitration.

Accordingly, the Unopposed Motion to Compel Arbitration and Stay (Doc. 6) is **GRANTED**. The parties are directed to arbitrate this case promptly—in accordance with their agreements. The clerk is directed to add a stay flag to the docket. This case will remain **STAYED** until the parties advise the court that (1) arbitration has been completed and (2) the stay should be lifted, or the case should be dismissed. The parties must notify the court of

such matters **within seven (7) days** of the arbitration concluding. The parties are otherwise directed to file a joint report on the status of arbitration **on July 24, 2023**, and **every ninety (90) days after** until arbitration concludes.

**ORDERED** in Fort Myers, Florida this April 25, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record

2